# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3348

_____

RODNEY STEWART, Former
Husband,

     Appellant,

     v.

DARLA JANE STEWART, Former
Wife,

     Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

July 23, 2019

PER CURIAM.

This is the second time this matter is before us. The first resulted in our opinion in *Stewart v. Stewart*, 237 So. 3d 450 (Fla. 1st DCA 2018), in which we reversed and remanded portions of the lower tribunal's amended final judgment of dissolution to recalculate the value of certain assets. The lower court subsequently revisited the valuations discussed in our prior opinion and issued a remand order. We now review those portions of the lower court's remand order concerning the court's valuation of the personal property of the marriage and what was referred to as the marital home located at Arnie's Way.

Without further comment, we affirm the trial court's valuation of the personal property based on Former Husband's own amended financial affidavit. As to the Arnie's Way property, Former Husband argues that the trial court erred by listing it as a marital asset. Former Wife concedes the point. Therefore, we reverse that portion of the remand order and distribution table and remand to the trial court to correct the error and proceed accordingly.

REVERSED and REMANDED.

LEWIS, ROBERTS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

E. Jane Brehany of E. Jane Brehany, P.A., Pensacola, for Appellant.

Jill W. Warren of the Law Office of Jill W. Warren, PLLC, Pensacola, for Appellee.